IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CANDACE A. WHITE,

                  Plaintiff,

    vs.

UNITED HEALTHCARE SERVICES, INC.,

                  Defendant.

**8:18CV495**

**AMENDED PROGRESSION ORDER**

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Robert R. Rossiter, Jr., United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, a 9:00 a.m. on **March 9, 2020**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **February 25, 2020** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on February 21, 2020.

3) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is November 12, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by November 26, 2019
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)  The deposition deadline is November 12, 2019.

  a.  The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

  b.  Depositions will be limited by Rule 30(d)(1).

5)  The deadline for filing motions to dismiss and motions for summary judgment is December 2, 2019.

6)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 2, 2019.

7)  Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report and the Final Progression Order that are not inconsistent with this order.

9)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 22nd day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge