IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDACE A. WHITE, | |
| Plaintiff, | **8:18CV495** |
| vs. | |
| UNITED HEALTHCARE SERVICES, INC., | **ORDER** |
| Defendant. | |

After conferring with the parties,

IT IS ORDERED:

1. The trial and pretrial settings are vacated.

2. The summary judgment and discovery deadlines are stayed and will be extended if the case does not settle.

3. A status conference to discuss the status of resolving the case, the parties' interest in scheduling a settlement conference, and/or resetting the progression deadlines will be held on February 25, 2020 at 11:00 a.m. by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. ([Filing No. 6](#)).

Dated this 24th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge