IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDACE A. WHITE,<br><br>                Plaintiff,<br><br>     vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>                Defendant. | **8:18CV495**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Jennifer L. Turco Meyer, as counsel of record for Plaintiff (Filing No. 49), is granted.

2) On or before August 6, 2021, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3) Case progression is stayed until August 6, 2021.

4) The clerk shall set a case management deadline of August 6, 2021 to confirm compliance with this order.

5) The clerk shall mail a copy of this order to Plaintiff at her address of record.

Dated this 16th day of July, 2021.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge