IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDACE A. WHITE,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>    Defendant. | 8:18CV495<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's expert witness deadline is extended to 21 days following Plaintiff's anticipated disclosure of medical and mental health records and the social security record arising from her application for social security disability benefits.

2) The jury trial of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **February 14, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 25, 2022** at **1:00 p.m.**, and will be conducted by internet conferencing. Conferencing instructions will be email to counsel prior to the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on January 21, 2022.

4) All other case progression deadlines are unchanged.

September 13, 2021.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge