IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDACE A. WHITE,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>    Defendant. | **8:18CV495**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion filed by Ari D. Riekes and Jeffrey P. Welch of Marks, Clare & Richards, LLC, as counsel for Plaintiff Candance White, (Filing No. 57), is granted.

2) Unless and until an attorney enters an appearance in this case as counsel for Plaintiff, the plaintiff is self-represented.

3) The trial of this case remains set for jury trial beginning on February 14, 2022 at 9:00 a.m. in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Robert F. Rossiter Jr. The Pretrial Conference remains set for January 25, 2022 at 1:00 p.m. by Internet/Telephonic Conferencing before the undersigned Magistrate Judge. A copy of the order setting the trial and pretrial conference is attached.

4) To assist in Plaintiff's self-representation, court hereby instructs Ms. White to:

  a. review the local rules posted on this court's website at https://www.ned.uscourts.gov/attorney/local-rules;

  b. keep the court promptly apprised of any address changes; and

  c. while self-represented, speak directly with defense counsel regarding case preparation for trial; and

  d. promptly disclose documents, participate in depositions, or answer questions directed to the plaintiff (interrogatories, requests for admission, or by deposition) to the extent required under the Federal Rules of Civil Procedure and/or this court's prior orders.

The failure to comply with local rules, update any address changes with the court, cooperate with defense counsel in preparing for trial, or promptly disclose information as required by the court's rules and rulings may result in dismissal of this case.

5) The clerk shall provide a copy of this order to the plaintiff:

  By email to: candace.arnetta@gmail.com, and by

  U.S. Mail to: Candace White
        18601 Bloom Street
        Detroit, MI 48234

Dated this 20th day of September, 2021.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDACE A. WHITE,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>    Defendant. | 8:18CV495<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Defendant's expert witness deadline is extended to 21 days following Plaintiff's anticipated disclosure of medical and mental health records and the social security record arising from her application for social security disability benefits.

2) The jury trial of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **February 14, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **January 25, 2022** at **1:00 p.m.**, and will be conducted by internet conferencing. Conferencing instructions will be email to counsel prior to the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on January 21, 2022.

4) All other case progression deadlines are unchanged.

September 13, 2021.        BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge